IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>    Plaintiff,<br><br>  v.<br><br>TRUST OFFICE, CALIFORNIA MEDICAL FACILITY,<br><br>    Defendant.<br>                                           / | No. C 11-6233 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

On December 13, 2011, plaintiff, a prisoner of the State of California, filed a motion complaining of actions by prison employees. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and plaintiff has not filed an IFP application or paid the filing fee. Accordingly, this case is **DISMISSED** without prejudice. The motion for settlement (docket number 1) is **DENIED** as moot. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January __27__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\OVERTON6233.DFP.wpd